IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | CRIMINAL ACTION |
| v. : | NO. 12-602 |
| BREYON HARE : | |
|     Defendant. | |

**ORDER**

AND NOW, this 1st day of March, 2013, it is hereby ORDERED that the following Motions are DENIED WITHOUT PREJUDICE: Defendant's Motion for Early Production of Jencks Act Materials (Doc. No. 15); Defendant's Motions for Disclosure of Exculpatory Evidence (Doc. Nos. 16 & 22); Defendant's Motions for Bill of Particulars (Doc. Nos. 21 & 23);[1] Defendant's Motion for Government Agents to Retain Rough Notes (Doc. No. 24); and Defendant's Motion to Dismiss Indictment (Doc. No. 25).[2]

BY THE COURT:

/s/ C. Darnell Jones, II     J.

---

[1] It appears as though counsel intended to file a Memorandum of Law in support of Defendant's Motion for Bill of Particulars but instead, filed the Motion twice.

[2] On February 20, 2013, new counsel was appointed to represent Defendant in the above-captioned matter. Upon full review of the case, said counsel shall be permitted to file those motions he deems appropriate, in accordance with the Case Management Order issued this same day.